**IT IS SO ORDERED.**

  s/*Pamela A. Barker*
**PAMELA A. BARKER,
U.S. DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LATASHA WILLIAMS, on Behalf of her Child, JANE DOE, ) ) ) | CASE NO: 1:21-cv-02304-PAB |
| Plaintiff, ) ) ) | JUDGE PAMELA A. BARKER |
| v. ) ) ) | |
| LORAIN CITY SCHOOL DISTRICT BOARD OF EDUCATION, *et al.*, ) ) ) | |
| Defendants. ) | |

**STIPULATED MOTION FOR
DISMISSAL WITH PREJUDICE**

    Upon agreement of the Parties and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, Latasha Williams, on behalf of her child Jane Doe, and Defendants, Lorain City School District Board of Education and Monika Sommers-Fridenstine (all collectively, the "Parties"), hereby move the Court to enter an Order dismissing this matter and all claims with prejudice.  The Parties agree that they will each pay their own attorneys' fees; Defendants shall pay court costs.  The Parties further agree and request that the Court enter an Order retaining jurisdiction over the Parties' settlement of this matter to the extent applicable and necessary.